**Order entered January 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01548-CV

### PURE GEN HOLDINGS, INC., Appellant

### V.

### NEORA, LLC, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-10205

## ORDER

Before the Court is appellant's January 21, 2020 unopposed motion for extension of time to file its brief on the merits. Appellant seeks an extension because the parties are currently engaged in settlement negotiations. We **GRANT** the motion. We **ORDER** appellant to file its brief or a status report on the negotiations by **February 26, 2020**.

/s/      ROBERT D. BURNS, III
          CHIEF JUSTICE